IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TIMOTHY W. MORRIS,
and all others similarly situated,

    Plaintiff,

v.                                                  Case No. 1:21-cv-00159-MLG-SCY

UNITED INTERTRADE, INC., a
Texas for-profit corporation, and
ALBERTSONS LLC, a Delaware
for-profit corporation,

    Defendants.

## JUDGMENT

THIS MATTER came before the Court *sua sponte*. The Court has entered its Order partially vacating Judge Browning's previous order (Doc. 70). In reliance on Judge Browning's ruling dismissing Defendant United Intertrade, Inc. for lack of personal jurisdiction (Doc. 66) and the voluntary dismissal of all claims against Defendant Albertsons, LLC (Doc. 67), it is hereby **ORDERED** and **ADJUDGED** that all claims and causes are dismissed without prejudice, thus disposing of this case in its entirety in accordance with Fed. R. Civ. P. 58.

                                                  MATTHEW L. GARCIA
                                                  UNITED STATES DISTRICT JUDGE